662

■ DAVID M. CLARK et al., Respondents, v HAROLD GOLDEN et al., Appellants.

We agree with the Supreme Court, Dutchess County, that there are questions of fact presented in this case as to whether time was made of the essence by the parties and whether paragraphs 25 and 27 of the rider to the contract bear on these issues. Accordingly, summary judgment was properly denied (CPLR 3212 [b]). Thompson, J. P., Brown, Weinstein and Harwood, JJ., concur.